Case: 1:24-cv-02720
Assigned To : Unassigned
Assign. Date : 9/24/2024
Description: Pro Se Gen. Civ. (F-DECK)

UNited States ~~will attempt to steal or~~
District court for the    other, in D.C.
District of columbia

Richard J. Reyng sr    22 Pg of motion
    9 Pg of Petition for
    Review
V.    7 Pg of exhibits

    combined to case 1:24.cv 02638

Sheriff Jon matz
winnebago co, wisconsin
    Defendants were Served
    Via E-mail & fax

Comes Now Richard J. Reyna sr
Pro.Se, declare under USCS 1983,
the right to Sue as an individual in his
own capacity Sheriff Jon matz
iN Human Rights violations, due process
Violations, 13th Amendment, 6th amend-
ment, 1st Amendment freedom of Speach.

See rule 12. Defense and objections, when
and How presented consoldiating motions
(a) a Defendant must Serve an anwser,
(ii) within 21 days after being served
with Summons and complaint, or if it
has timley waved Services under rule 4(D)
within 60 days after the request for waiver
after it was Sent to the defendant outside
any Judicial district of the united States.

office for
general counsel    (1)

The Brown cup





See rule 12(b) a party must serve an anwser to a counter claim within 21 days after being served with an order to reply, unless an order specifies a diffrent time.

Petitioner has/did file motion 971.22 on 2-24-21 in the presence of Judge Keberlin, (aka) commissioner of winnebago Co. Wis, included was a request to Robert Dewane a 3rd denial for recusal of the 4th district Judiciary, involving theft of legal correspondence from the winnebago co Jail.; torcher on Richard Reyna via Sheriff Jon matz whom was in authority of the Physical & mental torcher by his understudies Robert Nienhaus, deputy deputy Stankie, (aka) Red a former neighbor of Richard Reyna in Berlin Wi. Sgt Durrant Sgt Ross Johnson mail thief, including Artwork. mental torcher.
on 2-25-21 Judge dewane of manitowoc Co, Wi issued an order denying request for Change of place/trial, in said motion to the denial, Reyna has stated to Dewane issues of Human rights violations, torcher in Cell 105 by Jon Matz and named deputies.

(2)



At.

included was prior to Dewanes decision order in court case 2019-cf-000678 Commissioner Jon Bringingham whom was informed by reyna of the violations upon Reyna by Matz, Nienhaus, durrant and Ross Johnson Sheriff Jon Matz's understudies in person via co counsel, Ben Szylyogyi, Public defender winnebago co. appointed by linda Meyer, his Supervisor, Commissioner Jon Bringingham had approved Reynas motion to have trial moved to another county fond-du-lac, co due to misstreatment by said individuals

Petitioner had also expounded to Judge Chieff Barbara Key of winnebago co of the treatment and torcher, mail theft detained in Solitary confinement to impose hardship on Reyna.
In Judge Barbara Keys response to Reynas request to order Jon Matz to Stop Gaslighting, undermining and mental / physical torcher, Chief Judge Key's response was Reyna needs take up any issues of condtions with Jon Matz, the same Sheriff imposing the torcher, and denial of dueprocess.

(3)



on 1-27-2020 when Barbara Key denied reyna a prisoner, Protection from Jon Matz Randy Woldt Sgt and deputy and Scott woldt's Brother the alleged victom, is Scott woldt. See Exhibit F-1 Proof of corfespondence and Begging her to stop the torcher of Reyna

Reyna had been on Parole from case 06-Cf-118 First degree intentional Homicide, "Attempt" threat to Judge william McMonigal of Green lake co. Chief Judge and aquance of Judge william McMonigal, Berlin Wi, my son was his Paper Boy, etc. Reyna had written on his Van in large letters, yellow Judge Scott woldt can I have my wife back are you done with her yet? and on the Side of Van it Stated Judge McMonigal leave the twins alone, Slavery is outdated. and Drove ground town of oshKosh Wi, only to be Pulled over and arrested by Jill Ellis Parole agents orders, (aka) → the tank. reyng was on camera and was searched 3 diffrent occasions he had No weapon's, However Reyna was Brought to the winnebago co. Jail, where as he was not Put through a medal detctor as required by Jon Matz rules,

(4)



and never read his marinda rights, reyna was Charged with Possession of a Knife that was up his ass in Said report, Per Jack Thyel, Detective, reyna was draged by deputies to Cell 105, where as he was torchered for 4 days by named individuals whom are under Studies of don Matz. reyna was denied medical treatment Per Nurse KYle, and Nienhaus, while in cell 105 No Higene, No mattress Blanket, medication due to reyna was under Psyco tropic medication, or allowed to See talk to PSY/HSU Services after 3½ days with out his medication or Clothing as reyna was Soiled in dirty clothes Begging to be Processed and allowed Basic Survival needs, Reyng had cut his Artery as the mental torcher of 4 days was too much to bear, he wanted to Die, Begging Durrant Nienhaus for fair treatment, and medical attention only after blood Seeping thru the bottom of door 105 did a deputy Seek a nurse for immediate medical attention as reyna was finally Sent to Mercy medical center due to the laseration's were very deep, Reyna had been stitched and stapled of 8 stitches internal and external laserations,

(5)

XX

See art(5) united states, human rights violations.
In compliance with the fundlemental obligations layed down in artical (2) of this convention State partres under-take to prohibit and to eliminate racial discrimination in all its forms and to gurantee the right of every one without distinction as to race color or origin, to equality before the law notably in the enJoy-ment of the following rights.

(a) The right to equal-treatment before the tribunal's and all others administering Justice. (Jon Matz)

(b) the right to Security to Persons and Protection by the State against Violance or bodly harm weather inflicted by Gaverment officials or by any individual group or institution.

See Civil rights Action 11.03 Safety of inmates prison officials have a constitutvonal duty to protect prisoners against physical harm, even when the harm dose not result from the act by the officials. Pretrial detanies are also entitled to reasonable protections from Harm by fellow ~~inmate~~ inmates or Self harm.

(6)



To recover from (1983) for indury suffered as a result, the complaint must show that the officials deleberatly deprived him of his constitutvonal rights,

See  united States v, King, 587 f, 2d, 209, 5th cir,)  440 U,S, 79, Fight, not to be assulted while in custody and the right not to be assulted for purposes of obtaining confession, (Also) Collins v, Cundy 603 f, 2d 825 (16th Cir) 1979, verbal harrassment,

Also  McGill v, Duckworth  944 f, 2d (7th cir 1991) failure to segrate Psychigtically disabled Prisoner was delebrate indifference,

No Medical treatment upon request for medication and Proper medical attention both, Physical and mental torcher by Jon Matz (es) deputies, deputy Stankie the leader in verbal assults, including Robert Nienhaus, when reyna beged him for help, his response was what due you think about Judge woldt Now Spick,

(7)

XX

mr. Reyna at mercy medical was asked why he attempted ~~sucaside~~ to kill him self, Reyna's response was their torchering me and explained to Doctor.

upon return to winnebago co Jail reyna was put in cell 103 next to cell 105 after about 3 hrs reyna started Begging to be processed and allowed Basic Needs. around that time reyna was asked by Nienhaus if I was ready to be processed reyna's response was yes please, reyna had No Glasses to see, so he requested deputy Nienhaus obtain his Phone to call Travis Hansen of Redgranite wi to Please pickup his Keys and hold his truck which was full of reynas property which he did, as a reminder Hansen is a Two Six Gang member, all of reynas Art work and Personal belongings were never seen again, reyna states deputy stankie and Deputy tiny of Green lake Co are assoiated with Two Six members. reyna was processed by Nienhaus, the same guard who Torchered reyna, and sent to a regular unit, as a reminder Cell 105 is on 24 hr camera survellance, at the time of processing Nien haus "allegedlly" said reyna Threatened Judge Scott woldt,

8



reyna did not know of the threat or accusation of threat until 2 weeks later, as reyna's Parole was about to end on case 06-cf-118, threat to Judge McMonigal of Green lake co, reyna was brought into room where Detective Timm and Schroder had interviewed reyna on camera and voice, stating I am being accused by robert Nienhaus of threat, to kill Judge Scott woldt, (aka) Lil Chuckie in the 1/2 hr interview, reyna stated he never threatend anyone, as a reminder in motions filed reyna had stated on 12-4-2019 for discovery. See Exhibit (D-2) in the demand for discovery was all video, Electromagnitic, voice recordings demand for Nienhaus'es Police reports, one was to Parole agent Jill Ellis, the other filed was to the District Att office, 2 reports that were not the same, conflict with one another.    in the 3rd appointment of attorney's, an attorney from an adacent county was appointed to represent reyna, and did file for discovery, including video of Reyna & Nienhaus at time of Alleged threat to Scott woldt, 1-28-2020

(9)

Skorr was appointed and did file for Discovery and video etc. in her motion. See Exhibit F-1 also 1-29-2020 another demand for discovery by defendant, thats (3) demands by 3 different Attorneys Szylyayi also. All request were denied by Eric Sparr and folger of Dist. Attorneys office No Such Video exists according to named officials. Jon Matz had Covered up the demand, in the ADA's anwser No Video exist however the camera right above Nienhaus Points at Cell 105 where reyna was torchered by Jon Matz and his 55 deputies.

As a reminder Eric Sparr in the motion filed in Dist of Columbia Case 1:24-CV-02638, dated 9-13-2084 reyna v. City of oshkosh U.S. Bank, & the Grand oprahouse, Sparr was a Asst Dist Attorney for Winnebago Co. and did appear on the record 2-12-2020 see Exhibit F-1 and is being accused in the conspiracy of theft of money and using his influence to cover up his involvement

(10)

which is another reason reyna has or will file this complaint, as Sparr & Brown law offices are involved in theft of millions of Reyna's money. and in the conviction in case 2019-cf-000678, threat to Lil Chuckie, Scott Woldt Sparr's Buddy and friend missy & Scott woldt, See F-1 exhibit, F-1 Proof Sparr's involvement in the conspiracy and theft's, are filed in above case, in which this case is combinding the two (2) motion's in accordance with federal law, and complaint "alleged lly" filed, case # 24-028053, oshkosh police Exhibit 2 (a) (b) (c) & (D) certified material / mail sent to Sparr, commissioner and his law office 103 High Av, oshkosh all allegedlly signed for but when reyna had arived in Person & requested if mail was received Att Brown and or her Clerk stated she Knows of no mail a couple days later reyna was approached by oshkosh Police and stated not to visit or communite with Brown law office, OPD, cover up to hide the thefts of millions.

(11)

XX

In the named complaint already filed 1:24-cv-02638 Jon Matz had anwsered reyna's report of the theft s/U.S. bank, 38. 1oz Gold Bars missing from 323 reynas Security box at U.S. Bank 111 main St osh Kosh wi. and stated it would take up to 10 Business days for him to investigate. Sent to E-mail @ reyna richard 789 @ gmail.com including was E-mail sent to Senator Ron Johnson. email sent to Post master general, about Post office in osh Kosh stealing and or rerouting reynas mail at Day by Day shelter in osh Kosh wi. where reyna was residing, only to be removed from the Shelter per molly the Director at the 420 ceape Av, osh Kosh wi, whom after reyna sent the 4 certified Envelopes to Sparr, Brown att at law oshkosh city commiss ioner, the grand opra house, etc. reyna was not welcomed at the Shelter nor allowed to receive mail @ shelter, in a cover up to hide the certified mail Art work, in the event it was returned. However all the Said Signed and received the art work See Exhibits (12)

XX

So Jon Matz did have Knowledge and did respon to reyna @ his gmail.

As a reminder reyna's Phone # assoiated with the reynarichard789@gmail.com 920.216-7441 is hacked and to further hide Police reports & mail delivery reyna is locked out of his Gmail, and whom ever the hacker is added a Phone # reyna no longer Uses or is assoiated with the above Gmail. more conspiracy by Stankve & matz, locking reyna out of any and all contacts.

So this federal court Is Aware of the Game Played by TWO SIX CoPS and FBI Agents Affiliated including farmers & merchants Bank in Berlin wi. Peter & Paul. whom are a large part of gaslighting and Stankie's is their mussel. the deputy of winnebago co.

(13)

XX

So Petitioner is contending not only is Matz involved in the false Conviction in 2019-cf-000,678 but his refusal to investigate his cowockers, friends, and his involvement of Gold Stolden, in Reyna's Box @ U.S. Bank, Reyna had waited 10 Business days yet No report was made of any investigation, via reyna Richard 789 @ gmail.com. or call 920-216-7441.

See 18 U.S.C. 371 title 18 Section 1349 Bank fraud and bank fruad conspiracy charges cary hefty penalties up to 30 years in Prison and up to 1 million in fines,

See also 18 U.S.C. Section 1343 Bank fruad a fine up to 1.million and 20 yrs in prison if the scheme also involved a Bank.
    Petitioner states Jon Matz is involved in the Bank theft and false conviction's that cost reyna 6 yrs of His freedom and millions of dollars in money stolden by his friends, named,

(14)

Petitioner states in a continued undermining by deputy Stankie (aka)(the Shit Pounders) his understudy mr. Black in oshkosh wi as a reminder let it be known their is a Black in D.C. and NYC who are involved in the thefts of Reyna volt 323 and the federal filings in Past years in all Named Jurisdictions D.C. included and motions under Seal, by Charls f. letlow federal Judge of District of columbia. check filings Sent.

In the named in motions filed, Reyna has expounded to the courts of gaslighting by Judges clerks (FBI) Berry, in any Jurisdiction he resides see Exhibits a 9 Page motion/complaint to the general counsel of washington D.C. the administrative office of the united States courts (one columbus) circle NE. washington D.C. Exhibit F3. See first Pags sent via fax & U.S mail reyna belives said material never reached its destonation nor-had confirmation of Said complaint clearly Specifies Judicial counsel has authority to request records and of any complaint, as Proof reyna had used the petition for review in the court of Virginia, Per Exterdition in a request for asylum due to Jon Matz Scott Wold t, william McMonigal and DOC Employess

Complaint states although this complaint is Per Jon Matz & Deputy Stankie, the complaint of Petition for Review given as an Exhibit to Common wealth court in Alexandria, Va, Shows the conspiracy follows Reyna in any Jurisdiction and the Judge's whom are also imposing hardship, due process violations Belived to be Brown, officer in D.C. and Brown X Chicago Police Supertendent as a reminder in the filed complaint under Seal years ago shows a corodation of the under mining, gaslighting, 13th Amendment violations, and more. freedom of speach, due process 14th 6th and 5th Amendment violations upon Reyna, even in D.C. or Common wealth of virginia. and reyna had expounded in/to the commonwelth Judge Via motion filed in person concerns for his welbeing and reprisal by Scott woldt and named authority Jon Matz and David Brown included, in adding Reyna was also torchered by Chicago Sheriff Tom Dart, David Brown and two six cops affiliated with murders of Reyna's family members theft of Artwork and any legal filings sent to 7th cir and D.C. wisconsin included via Jon Matz and Stankie who continues violating reyna's ability to communicate E-mail, Phone, text, or other to hide the cover up by Jon Matz, Scott woldt.

(16)

In the complaint under rule's of civil proceedure (rule 4) states as follows Cognizable misconduct includes retalation against complaints, witnesses Judicial employees or other (cops included) for participating in the complaint process or for reporting or disclosing Judicial

## MISCONDUCT

Reyna had expounded to Judicial committie federal courts, 7th cir, included, winnebago co wis, about the abuse of winnebago co Sheriff Jon Matz and his under studies of gaslighting and years of torcher including Scott woldt where in trial of threat to Scott woldt, woldt had committed Pur Jury under oath 3 diffrent occasions on the Stand as reyna questioned woldt (aka) LiL chuckie on issues of false arrest via Dept of corrections, as Scott woldts Dog Was Barking in the middle of the nite reyna was accused of attempts on life by Jill Ellis, X parole Agent and confined for the dog Barking, reyna was in a TLP temp living facility under GPS and had a curfew of 5 pm and was supervised along with others, a lie by woldt in the Doc report, another confinement by Jon Matz, who is Randy woldts friend. Scott Brother a Sgt at winnebago co, Jail, Now retired.

Reyna had filed Numerous motions in Wisconsin court of Appeals, most of which were denied for reasons reyna contends were false, no relief sought, or Pages missing. Reyna states the (DOJ,) Winn Collins is asst. Att General and was the district Attorney for Green Lake co, Outagamie and appearances in front of Judges named William Mc Monigal ret, Scott woldt and worked hand & hand with Jon Matz and his >> understudies DA, or Oshkosh wi, also, all friends and coworkers of Collins who cover uped all filings for Scott woldt via Jon Matz & Deputy Stankie. However in the Exhibits D-2 Reyna shows the conspiracy of avaiding legal mail has gone also to the Dist Attorney and Jon Matz see address 546 A Pleasant st oshkosh wi, reyna's legal mail had been rerouted to said address, an address he Never resided in or at. 7-15-21 where as the court admitts mail sent to said address, and Reyna had filed a motion while at or incarcerated at winnebago co Jail Not to Send any mail to that address and Keberlein granted the motion, However after a hearing a year later the clerks admitted mail was being sent to said address over a year later, more conspiracy by Matz, stankie and Dist attorney's 18 office, She was present,

20

Sheriff Jon Matz who also Notified reyna of a 10 day window to investigate but didn't Senator Ron Johnson was sent E-mail about Jon Matz and not investigation of millions. Joe/or officer Fowler of oshKosh Police where reyna had made a 4th attempt to file a police report Pertaining to millions of dollars in Box 323 missing. in a manor of speach fowler Knew Reyna was Homeless and had assumed reyna was not of Sound mind or would make it appear, However reyna in motion 1:24 : CV. 02638 reyna presents proof of gaslighting not able to rent and Rob wilcox slum lord small claims case reyna won. and while incarcerated in/at Chippewa co Jail Michigan an emergency appeal was filed by will cox's Attorney. and Judge Jorgensen overturned Reynas Judgement of over willcox to make reyna pay wilcox See Exhibit 3(a) Manske law office 300 Division st oshKosh wi more gaslighting by Jon Matz and his Judge friend Jorgensen.. and reyna Never received any notice and it was 1 1/2 months or less that the decision was overturned, Knowing reyna was incarcerated Two six and their Jon Matz in their Pockets

21

Petitioner Know they will attempt to hide the thefts, email's Police reports due to Oshkosh Police. Capt Johnson is Belived to be related to Ross Johnson, and are working with Jon Matz to steal reynas Artwork and money. reyna also states as mentioned it was not Just Wilcox, as far as rental it was 1yr Prior reyna was being abused by 2 old ladies he rented from but they lied about the time frame to collect money and abuse Reyna. Reyna had received a voucher from St. Vincent Depaul for help with rent & Security Deposit, also in adding reyna attempted to rent in Evanston ILLinois, Same treatment 2 day if that reyna was verbally abused by women who rented the room, reyna left. So it is and can oNly be crupt Police doing the gaslighting, including Reynas own daughter latisha Reyna 5241 S. Damen more gaslighting by Two Six Cops. So the OPD report would be compermised by Det. furlow or officer in charge at OPD. Reyna contends he is forced into Poverity by Two Six Punk cops, Stankie, Matz, Loysoya CPD, Benard, CPD, corcoran Det Homicide, David Brown Chi P.D. Capt. David Kaplin, Alen Mercado. High ranking all conspiring Because Reyna would Kill

21 William McMonigal

Relief Sought,

(1) Removal of Sheriff Jon Matz.

(2) 3 million dollars for torcher of reyna by named officers under the orders of Jon Matz (aka) cork screw )

(3) a criminal inditement and investigation of Jon Matz and Deputy Stankie aka Red, Shit Pounders Inc.

(4) Removal of Deputy Stankie from the Winnebago co Police.

(5) An investigation into the Police of Named Jurisdictions, Police reports etc.

(6) Reyna was charged 26,000 for legal filings most Never reached their destonation or missing large percents of pages or in Judge Robert Dewane's words only received 1 pg motion when it was over 38 pg and the federal filings. Reyna request the named Deputies and or Jon Matz be responsiable for the Over charging of mail, copies, Postage and other be Squashed due to undermining by CorkScrew Jon Matz.

Richard Reyna
Po, Box 58099

Richard Reyna
Richard Reyna
9-23-24

Reyna will attempt to File today monday 23rd 333 constitution Av D,C N.W,

Please Help make Sure it gets filed